**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                      Case No.: 1:07−cr−00771
                                          Honorable Blanche M. Manning

Nicholas DeLuca
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 10, 2007:

    MINUTE entry before Judge Blanche M. Manning :as to Nicholas DeLuca, Status hearing previously set at the arraignment by Magistrate Judge Ashman is reset before this court to 2/7/2008 at 11:00 AM. Time excluded to 2/7/2008 pursuant to 18:3161 (h)(8)(B)(i).Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.