## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 771 - 1 | **DATE** | 12/5/2007 |
| **CASE TITLE** | USA vs. Nicholas DeLuca | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 12/10/2007. Pretrial motions to be filed by or on 12/27/2007. Response to be filed by or on 1/10/2008. Reply to be filed by or on 1/24/2008. Status hearing set for 1/3/2008 at 11:00 a.m., before Judge Manning. Ronald J. Clark is appointed as counsel for defendant. Enter excludable time from arraignment to and including status date pursuant to 18 USC § 3161 (h)(1)(F) (X-E).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:09

| | Courtroom Deputy Initials: | IS |
|---|---|---|