UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
12-5-07
DEC 05 2007
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | No. 07 CR 771 |
| | ) | |
| NICHOLAS DELUCA | ) | Magistrate Judge Martin C. Ashman |
| | ) | |

## WAIVER OF INDICTMENT AND VENUE

I, NICHOLAS DELUCA, the above-named defendant, who is charged with one count of mail fraud, in violation of Title 18, United States Code, Section 1341, and one count of access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on December 5, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

I further acknowledge that I have the right to be prosecuted for the access device fraud offense in the district or districts where the offense was committed, including the Western District of Michigan. By signing this Waiver, I knowingly consent to prosecution of that offense in the Northern District of Illinois and hereby waive any objection to the venue of this prosecution.

_____
NICHOLAS DELUCA
Defendant

_____
RONALD CLARK
Counsel for Defendant

Before: _____
MARTIN C. ASHMAN
United States Magistrate Judge