# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

**FILED** 12-5-07 DEC 0 5 2007
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (specify below)

IN THE CASE OF: US v.s. DeLuca
FOR: AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Nicholas DeLuca

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 07CR771-1
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed
- Name and address of employer: Real estate Inspector
- IF YES, how much do you earn per month? $ 2500.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2500.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $600/mo to 6mo
SOURCES: Commissions for a few months selling Recreational vehicles

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 0
DESCRIPTION: 06 Acura, 04 Pickup

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 5

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: Rent — $1500
Utilities — $600
Cars — $1000
Restitution — $3000
Food — $1000

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 12/5/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]