## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.
                                              Case No.: 1:07−cr−00771
                                              Honorable Blanche M. Manning

Nicholas DeLuca
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Blanche M. Manning :Status hearing held on 2/21/2008 as to Nicholas DeLuca. Change of Plea Hearing set for 3/6/2008 at 11:30 AM. Time excluded to 3/6/2008 pursuant to 18:3161 (h)(8)(B)(i).Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.