UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASSTERN DIVISIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 07 CR 771 |
| v. | ) | |
| | ) | Hon. Blanche M. Manning |
| NICHOLAS DeLUCA | ) | |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Brian Havey is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    */s/Jacqueline Stern*
       JACQUELINE STERN
       Assistant United States Attorney
       219 S. Dearborn Street
       Chicago, IL 60604
       (312) 353-5329

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served pursuant to the district court's ECF system as to ECF filers.

*/s/Jacqueline Stern*
By:  JACQUELINE STERN
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5329