

**FILED**
APR 0 4 2008
Apr 4, 2008
Judge Blanche M. Manning
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 771 |
| v. | ) | |
| | ) | Judge Blanche M. Manning |
| NICHOLAS DELUCA | ) | |

### EX PARTE MOTION OF DEFENDANT NICHOLAS DELUCA FOR ORDER FOR US MARSHAL SERVICE TO PROVIDE TRANSPORTATON

The Defendant, Nicholas DeLuca, by his Court appointed Counsel Ronald J. Clark, hereby moves this Court to enter an Order directing the U.S. Marshal Service to provide air transportation for the Defendant from his home in Tucson, Arizona, to Chicago, Illinois, for attendance at his Plea now scheduled for Tuesday, April 8, 2008 ~~March 25, 2008~~, before this Court. Counsel has submitted a draft order to the Court for entry by the Court and transmission to the U.S. Marshal Service.

Respectfully,
Ronald J. Clark

Ronald J. Clark
Attorney for Nicholas DeLuca
820 West Jackson – Suite 300
Chicago, Illinois 60607
312-307-0061