

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 771 | **DATE** | 4/4/2008 |
| **CASE TITLE** |  | USA vs. DeLuca | |

**DOCKET ENTRY TEXT**

Ex parte motion of defendant for an order for U.S. Marshal Service to provide transportation is granted. Enter Order for U.S. Marshal Service to Provide Air Transportation for Defendant Nicholas DeLuca.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | rs |
|---|---|---|