

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, CHICAGO ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07 CR 771 |
| | ) | |
| V. | ) | Case No. 07 CR 771 |
| | ) | Judge Blanche Manning |
| NICHOLAS DELUCA, | ) | |
| Defendant. | ) | |

### ORDER FOR THE US MARSHAL SERVICE TO PROVIDE AIR TRANSPORTATION FOR DEFENDANT NICHOLAS DELUCA

This matter came on to be heard on the motion of Counsel for the Defendant Nicholas DeLuca for transportation from Defendant's home in Tucson, Arizona, to Chicago, Illinois, and return for purposes of attending his scheduled plea before this Court now scheduled for Tuesday, April 8, 2008, at 11:30 AM. The Defendant has previously been de3emed indigent by the Court. IT IS HEREBY ORDERED, that the United States Marshal Service schedule and pay for air transportation for the Defendant from Tucson, Arizona, on the morning of April 8, 2008, to arrive in Chicago in time for him to attend Court proceedings scheduled for 11:30AM , and leaving in the late afternoon or early evening of April 8, 2008, giving the Defendant time to meet with the United States Probation Department in the afternoon for two hours following the plea.

DATE: 4/4/2008                    ENTER: Blanche Manning
                                          Judge Blanche Manning

Prepared by:
Ronald J. Clark
Attorney for Nicholas DeLuca
820 West Jackson Blvd.
Suite 300
Chicago, Illinois 60607
312-307-0061