UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 771 |
| v. | ) | |
| | ) | Hon. Blanche Manning |
| NICHOLAS DeLUCA | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     *s/Jacqueline Stern*
JACQUELINE STERN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5329

<u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     <u>*s/Jacqueline Stern*</u>
JACQUELINE STERN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5329