UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**JUN 1 0 2008**

Judge Blanche M. Manning
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 771 |
| | ) | Judge Blanche M. Manning |
| NICHOLAS DELUCA | ) | |

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

    Name:            NICHOLAS RICHARD DELUCA
    Date of Birth:
    Sex:
    Race:
    Booking No.:

has been and now is, in due form and process of law, detained in the following institution:

PIMA COUNTY JAIL, PIMA ARIZONA

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1341 and 1029(a)(2), and is now wanted in such division and district on _August 5_, 2008 at _11:30_ a.m. for sentencing before Honorable Blanche M. Manning, District Judge, Courtroom 2125.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL           PIMA COUNTY SHERIFF
Northern District of Illinois   PIMA, ARIZONA
Chicago, Illinois

                    WARDEN
               PIMA COUNTY JAIL
                PIMA, ARIZONA

commanding them to produce the body of the said prisoner before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date.

                          Respectfully submitted,

                          PATRICK J. FITZGERALD
                          United States Attorney

         By: <u>ss/Jacqueline Stern</u>
              JACQUELINE STERN
              Assistant United States Attorney
              219 South Dearborn, Chicago, IL
              312-353-5329