UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 07 CR 771 |
| ) | Judge Blanche M. Manning |
| NICHOLAS DELUCA ) | |

### O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

      Name:        NICHOLAS RICHARD DELUCA
      Date of Birth:
      Sex:
      Race:
      Booking No.:

has been and now is, in due process of law, incarcerated in the following institution:

      PIMA COUNTY JAIL, PIMA ARIZONA,

and the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1341 and 1029(a)(2), and is now wanted in such division and district on _August 5_, 2008 at _11:30_ a.m. for sentencing before Honorable Blanche M. Manning, District Judge, Courtroom 2125.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | PIMA COUNTY SHERIFF |
| Northern District of Illinois | PIMA, ARIZONA |
| Chicago, Illinois | |

                WARDEN
           PIMA COUNTY JAIL
            PIMA, ARIZONA

bring or cause to be brought to the United States Courthouse, Chicago, Illinois, the body of the said prisoner who is now incarcerated as aforesaid, on said date and at said time, and that a Writ of Habeas Corpus Ad Prosequendum directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

*Blanche M. Manning*
UNITED STATES DISTRICT JUDGE

DATED at Chicago, Illinois
this  10th  day of June, 2008