FILED
6-23-08
JUN 23 2008

Judge Blanche M. Manning
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 771 |
| ) | Judge Blanche M. Manning |
| NICHOLAS DELUCA ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:           NICHOLAS RICHARD DELUCA
Date of Birth:
Sex:
Race:
Inmate No.:

has been and now is, in due form and process of law, detained in the following institution:

ARIZONA STATE PRISON-LEWIS, BUCKEYE, ARIZONA

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1341 and 1029(a)(2), and is now wanted in such division and district on August 5, 2008 at 11:30 a.m. for sentencing before Honorable Blanche M. Manning, District Judge, Courtroom 2125.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL                WARDEN
Northern District of Illinois        ARIZONA STATE PRISON-LEWIS
Chicago, Illinois                    Buckeye, Arizona

commanding them to produce the body of the said prisoner before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date.

                            Respectfully submitted,

                            PATRICK J. FITZGERALD
                            United States Attorney

By: ss/Jacqueline Stern
    JACQUELINE STERN
    Assistant United States Attorney
    219 South Dearborn, Chicago, IL
    312-353-5329