## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 771 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Nicholas DeLuca | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Order writ of habeas corpus ad prosequendum to issue as to Nicholas DeLuca returnable on 8/5/2008 at 11:30 a.m. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
JUN 2 6 2008

| | | Courtroom Deputy Initials: | rs |
|---|---|---|---|